No. 98–818. RICE v. CAYETANO, GOVERNOR OF HAWAII. C. A. 9th Cir. [Certiorari granted, 526 U. S. 1016.] Motion of the So-

licitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.